**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1273

RALEIGH ADOLPH BELLAMY,

Plaintiff - Appellant,

v.

FORD MOTOR COMPANY; NATIONWIDE INSURANCE COMPANY,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:07-cv-00287-FDW-DCK)

Submitted:  July 31, 2008          Decided:  August 4, 2008

Before NIEMEYER and TRAXLER, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

Raleigh Adolph Bellamy, Appellant Pro Se. Addie K.S. Ries, SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP, Raleigh, North Carolina; W. Lewis Smith, Jr., ROBINSON, ELLIOTT & SMITH, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

---

[*]The opinion is filed by a quorum pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Raleigh Bellamy appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Bellamy</u> <u>v.</u> <u>Ford</u> <u>Motor</u> <u>Company</u>, No. 3:07-cv-00287-FDW-DCK (W.D.N.C. Feb. 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>